IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) REDBIRD BUSINESS GROUP, LLC,<br>(2) REDBIRD BIOSCIENCE OKLAHOMA, LLC,<br>(3) RB REALTYCO, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) MATTHEW HARRISON,<br><br>    Defendant-Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 20-cv-00098-JAR<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING ASSET HEARINGS

The Court, having considered Judgment Creditor's *Applications for Order to Judgment Debtor Redbird Business Group, LLC; Redbird Bioscience Oklahoma, LLC, and RB RealtyCo, LLC to Appear and Disclose Property* (Dkts. ##208-210), and for good cause shown, finds and concludes that the Applications should be **GRANTED**.

**IT IS THEREFORE ORDERED** that pursuant to Fed. R. Civ. P. 69(a)(1) and 12 Okla. Stat. § 842(A), Redbird Business Group, LLC; Redbird Bioscience Oklahoma, LLC, and RB RealtyCo, LLC ("Judgment Debtors") shall be and are hereby ordered to appear and to answer as to the assets of Redbird Business Group, LLC; Redbird Bioscience Oklahoma, LLC, and RB RealtyCo, LLC before the United States Magistrate Judge Jason A Robertson of the United States District Court for the Eastern District of Oklahoma, on the **3RD DAY OF JUNE, 2024 at 10:00 A.M. in Courtroom 3, Room 432, U.S. Courthouse, 5th & Okmulgee, Muskogee, OK** and to identify or produce each

item listed on the **Exhibit "A"** attached to the Application at least 10 days before the asset hearing.

**IT IS FURTHER ORDERED THAT JUDGMENT DEBTORS SHALL BE AND ARE HEREBY ORDERED <u>NOT TO</u> PAY OUT, TRANSFER, MORTGAGE, ALIENATE, CONCEAL, ENCUMBER OR MAKE ANY OTHER DISPOSITION OF ANY OF JUDGMENT DEBTORS' MONEY OR PROPERTY, EITHER REAL OR PERSONAL, NOT EXEMPT BY LAW, PENDING THE HEARING AND FURTHER ORDER OF THE COURT.**

**ENTERED** this 30th day of April, 2024.

_____
**JASON A. ROBERTSON**
**UNITED STATES MAGISTRATE JUDGE**

4888-7829-3434, v. 1