# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REDBIRD BUSINESS GROUP LLC, REDBIRD BIOSCIENCE OKLAHOMA LLC, RB REALTOCO LLC, | Case No. CIV-20-98-JAR |
| Plaintiff(s), | Date: 6/3/2024 |
| v. | Time: 10:13 a.m. – 10:17 am |
| MATTHEW HARRISON | |
| Defendant(s). | |

## MINUTE SHEET
*ASSET HEARING – MOTION FOR JUDGMENT DEBTOR TO APPEAR ON ASSETS [208,209,210]*

Jason A. Robertson, Judge   J. Church, Deputy Clerk   K. Anderson, Law Clerk

**Plaintiff's Counsel:** Matt Davis – Michael Maloan
**Defendant's Counsel:** Luke A. Connelly – Adam Doverspike

## MINUTES

| 10:13 am | Court calls case: counsel announce their appearance for the record. Witness Joe D. Byars sworn. |
|---|---|
| 10:17 am | Nothing further by the Court. |
| | |