IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **REDBIRD BUSINESS GROUP, LLC;** )<br>**REDBIRD BIOSCIENCE OKLAHOMA,** )<br>**LLC; and RB REALTYCO, LLC,** )<br>　　　　　　　　　　　　　　　　　)<br>　　**Plaintiffs,** 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　)<br>**MATTHEW HARRISON,** 　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　**Defendant/Counterclaim-Plaintiff** )<br>　　　　　　　　　　　　　　　　　)<br>**MARITEQ GROWERS, LLC, and** 　　　)<br>**MARITEQ PROCESSORS, LLC** 　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　**Garnishees.** 　　　　　　　　　　) | Case No. 20-CV-00098-JAR |

**GARNISHEES' RESPONSE TO JUDGMENT CREDITOR HARRISON'S REQUEST
FOR A HEARING ON MOTION FOR GARNISHMENT JUDGMENT**

Garnishees Mariteq Growers, LLC and Mariteq Processors, LLC (together, "**Garnishees**") do not oppose the setting of a hearing on Judgment Creditor Harrison's Motion for Garnishment Judgment. Garnishees respectfully request that the Court first convene a status conference so that all parties may confer with the Court and identify dates that work for all counsel and witnesses.

DATED: November 14, 2025	Respectfully Submitted,

/s/ *Polina M. DeClue*
Polina M. DeClue
**Brewer, Attorneys & Counselors**
1717 Main Street, Suite 5900
Dallas, TX 75201
Phone: (214) 653-4000
Fax: (214) 653-1015
*pmd@brewerattorneys.com*

-and-

Michael T. Maloan - OBA# 15097
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Phone: (405) 232-4633
Fax: (405) 232-3462
*michaelmaloan@oklahomacounsel.com*

**ATTORNEYS FOR GARNISHEES**

## **CERTIFICATE OF SERVICE**

    I, Polina M. DeClue, do hereby certify that on November 14, 2025, I electronically transmitted the attached document to the Clerk of this Court via email as well as to the below counsel:

| | |
|---|---|
| Adam C. Doverspike<br>Trent Shores<br>**GableGotwals**<br>1100 ONEOK Plaza<br>100 West Fifth Street<br>Tulsa, Oklahoma 74103<br>adoverspike@gablelaw.com<br>tshores@gablelaw.com | Luke A. Connelly<br>**Winston & Strawn, LLP**<br>200 Park Avenue<br>New York, New York 10166<br>lconnelly@winston.com |

                                                        /s/ *Polina M. DeClue*
                                                        Polina M. DeClue